IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **TEOFILO CARLOS SANTANA MEDRANO,** <br> **BOP Reg. No. 72422019,** <br><br> Movant, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | **CRIMINAL ACTION FILE NO.** <br> **2:20-cr-00010-SCJ** <br><br> **CIVIL ACTION NO.** <br> **2:22-CV-0070-SCJ-JCF** |

## ORDER

This matter appears before the Court on the September 29, 2023 Final Report and Recommendation ("R&R") issued by the Honorable J. Clay Fuller, United States Magistrate Judge. Doc. No. [45]. After reviewing the R&R and no clear error having been found, the R&R (Doc. No. [45]) is received with approval and **ADOPTED** as the Order of this Court. Accordingly, Movant's Motion for Voluntary Dismissal (Doc. No. [43]) is **GRANTED** and the § 2255 motion (Doc. No. [38]) is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

Nothing further remaining for the Court's consideration, the Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 13th day of November, 2023.

*/s/ Steve C. Jones*
_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**